1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                               )        No. C 14-2034 JSW (PR)
                                                    )
        ROBERT AUSTIN JOHNSON,        )        **ORDER OF DISMISSAL**
                                                    )
            Plaintiff.                          )
                                                    )
_____  )

On May 2, 2014, Plaintiff, a California prisoner, wrote a letter to the Honorable

Thelton E. Henderson complaining the medical care he is receiving at California State

Prison, Corcoran.  On the same day, the Clerk notified Plaintiff that he had not filed a

complaint or a habeas petition, and that he had neither paid the filing fee nor filed a

completed application to proceed in forma pauperis ("IFP").  Along with these

deficiency notices, the Clerk mailed to Plaintiff the Court's civil complaint and IFP

forms, instructions for completing the forms, and a stamped return envelope.  In the

notices, Plaintiff was informed that the case would be dismissed if he did not file a

complaint and either pay the filing fee or file a completed IFP application within 28 days.

No response from Plaintiff has been received.  Accordingly, this case is DISMISSED

without prejudice.

        The Clerk shall enter judgment and close the file.

        IT IS SO ORDERED.

DATED: June 17, 2014

                                _____
                                JEFFREY S. WHITE
                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case Number: CV14-02034 JSW

IN RE ROBERT AUSTIN JOHNSON,

**CERTIFICATE OF SERVICE**

Plaintiff,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Austin Johnson C78270
California Heath Care Facility
P.O. Box 32200
Stockton, CA 95213

Dated: June 17, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk